IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MARQUEL RACHAD CULPEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-142 |
| | ) | |
| LT. SHIELDS; G.D.C.; and | ) | |
| PHILLIPS STATE PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though the named Defendants are located, and the actions about which Plaintiff complains occurred, in and around Gwinnett County in the Northern District of Georgia. (See doc. no. 1.)  Thus, the proper venue is the Northern District of Georgia.  28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia.  28 U.S.C. § 1406(a).  The Court also **DIRECTS** the Clerk to forward the file to that District.  Plaintiff should be aware that all future filings in this case, including the response to the August 23, 2024 deficiency notice, should be made with the Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.

SO ORDERED this 26th day of August, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA